March 26, 1973.

C. A. No. 73-84. STATE *v.* FRANCIS J. QUINN. Motion for release on bail pending determination of an appeal from a finding made by a justice of the Superior Court that the defendant has violated the terms of a deferred sentence agreement. The Superior Court justice in denying the defendant's request for bail pending appeal expressed doubt as to the court's authority to take such action. In view of the repeal of G.L. 1956 (1969 Reenactment) §12-19-1 by P.L. 1972, ch. 129, sec. 26 and the September 1, 1972 effective date of the Superior Court's Rules of Criminal Procedure, the case is remanded to the Superior Court for reconsideration of its action in the light of Rules 38(2) and 46(a)(1). *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *James S. O'Brien,* for defendant.

C. A. No. 1913. STATE *v.* HELEN MOONEY. Certification of question of doubt and importance by the District Court pursuant to G.L. 1956 (1969 Reenactment) §9-24-27, concerning the constitutionality of §11-3-1. The parties agree that in the light of the holdings in *Roe* v. *Wade,* 410 U.S. 113, 93 S.Ct. 705, 35 L.Ed.2d 147 (1973) and *Doe* v. *Bolton,* 410 U.S. 179, 93 S.Ct. 739, 35 L.Ed.2d 201 (1973); there is no longer any doubt as to the constitutionality of an anti-abortion statute such as §11-3-1. Ordered that case be remanded to the District Court for further proceedings. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-appellee. *Abedon, Michaelson, Stanzler & Biener, Milton Stanzler,* for defendant-appellant.

March 29, 1973.

C. A. No. 73-7. STATE *v.* SUZANNE M. NORTON. Defendant's motion to assign case for argument granted, and case is assigned to the October calendar of 1973. *Richard J. Israel,* Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.